

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00101-CV

Jesus S. Puente

v.

Secretary of the US Department of Veterans Affairs, An Officer of the United States by and through VRM (Vendor Resource Management), Duly Authorized Agent for the Secretary of Veterans Affairs

On Appeal from the
County Court at Law No. 5 of Nueces County, Texas
Trial Court Cause No. 2021CCV-61583-5

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's judgment and dismisses the case. The Court orders the judgment vacated and the case is DISMISSED. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

July 28, 2022